## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-2390-LLA |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's October 3, 2025 Minute Order ( the "Order"), Plaintiff American Oversight submits this Plaintiff's Status Report in this Freedom of Information Act ("FOIA") case, with the understanding that the submission of joint status reports will resume following the conclusion of the current government shutdown.

In that Order, the Court ordered the parties to meet and confer and file a joint status report by October 31, 2025, including information about the status of Plaintiff's FOIA requests. *See* Order (Oct. 3, 2025). However, Plaintiff is aware that because of the government shutdown, counsel for defendants "are generally prohibited, with limited exceptions, from working during the pendency of the lapse in appropriations, even on a voluntary basis," and that statutory deadlines for deadlines for government defendants in civil matters have been tolled accordingly.[1] Plaintiff files its status report today to meet its own obligations to the Court.

---

[1] Standing Order No. 25-55 (Oct. 1, 2025) (Boasberg, C.J.), *available at* https://www.dcd.uscourts.gov/sites/dcd/files/Executive%20Order%2025-55.pdf.

The government shutdown has prevented the parties from meeting and conferring per the Court's Order. On October 30, undersigned counsel emailed counsel for Defendants. That email received an automatic response from counsel for Defendants, which noted that they were unable to respond until appropriations were restored. Once the shutdown ends, Plaintiff will endeavor to meet and confer with Defendants as soon as practicable.

Plaintiff respectfully requests that the Court permit the Parties to file a joint status report on or before December 1, 2025, or, if the lapse in funding continues, permit Plaintiff to file a plaintiff status report on that date.

Dated: October 31, 2025                    Respectfully submitted,

*/s/ Daniel Martinez*
Daniel Martinez
D.C. Bar No. 90025922
Loree Stark
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
danny.martinez@americanoversight.org

*Counsel for Plaintiff*
