UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | Civil Action No. 25-2390 (LLA) |

### JOINT STATUS REPORT

Pursuant to the Court's October 31, 2025 minute order, Plaintiff American Oversight and Defendants the Department of Homeland Security, and its components, Customs and Border Protection ("CBP"), Immigration and Customs Enforcement ("ICE"), and U.S. Citizenship and Immigration Services ("USCIS") respectfully submit this joint status report. The parties report as follows:

1. This lawsuit stems from Freedom of Information Act requests that Plaintiff sent to Defendants seeking records concerning the Defendants' implementation of Executive Order 14159 "Protecting the American People Against Invasion," 90 Fed. Reg. 8443 (Jan. 20, 2025).

2. DHS has identified 100 pages of responsive records, but all records are undergoing consultations with other government agencies. DHS will endeavor to have those pages returned and processed by December 12, 2025.

3. To date, CBP has identified forty-five pages of responsive records and anticipates that it will begin productions in January 2026.

4. USCIS is continuing to search for records responsive to the request but does not yet have an estimated page count but anticipates having an estimate in January 2026. Moreover, USCIS anticipates issuing a partial response to the request within thirty days. Plaintiff contends that given the time already elapsed since the start of this case – including the monthlong extension between August and September, prior to the government shutdown – USCIS should provide an estimated page count no later than January 9, 2026.

5. ICE has located some potentially responsive records in its Enforcement and Removal Operations division that it will begin processing. ICE otherwise contends that Plaintiff has not reasonably described the records sought. That said, ICE is willing to confer with Plaintiff to identify specific search terms and custodians that ICE can use to conduct a search. Plaintiff disagrees with ICE's contention, but will confer with ICE prior to the next joint status report.

6. The parties do not anticipate that an *Open America* stay will be necessary in this case and will assess the need for a *Vaughn* index or dispositive motions briefing after production is complete.

7. The parties respectfully propose filing another joint status report on January 2, 2025.

\*   \*   \*

Dated: December 1, 2025
       Washington, DC

*/s/ Daniel Martinez*
Daniel Martinez
D.C. Bar No. 90025922
Loree Stark
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
danny.martinez@americanoversight.org
loree.stark@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*