UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | Civil Action No. 25-2390 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's December 2, 2025 minute order, Plaintiff American Oversight and Defendants the Department of Homeland Security, and its components, Customs and Border Protection ("CBP"), Immigration and Customs Enforcement ("ICE"), and U.S. Citizenship and Immigration Services ("USCIS") respectfully submit this joint status report. The parties report as follows:

1. This lawsuit stems from Freedom of Information Act requests that Plaintiff sent to Defendants seeking records concerning the Defendants' implementation of Executive Order 14159 "Protecting the American People Against Invasion," 90 Fed. Reg. 8443 (Jan. 20, 2025).

2. Since the last Joint Status Report (ECF No. 11), DHS made a release of non-exempt reasonably segregable portions of thirty-seven pages of records to Plaintiff. DHS has sixty-three pages of responsive records that it still needs to process and anticipates processing those records by January 20, 2026.

3. CBP anticipates making its first release by the end of January.

4. ICE has located and processed some responsive records, but those records require review of proposed redactions before they can be released. ICE anticipates releasing those records by the end of January.

5. USCIS issued an interim response to Plaintiff's request on December 23, 2025 that was delivered on December 30, 2025. USCIS expects to issue its next response within thirty days.

6. The parties respectfully propose filing another joint status report in sixty days, on March 3, 2026.

Dated: January 2, 2026
       Washington, DC

/s/ Daniel Martinez
Daniel Martinez
D.C. Bar No. 90025922
Loree Stark
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
danny.martinez@americanoversight.org
loree.stark@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ John J. Bardo*
         JOHN J. BARDO, D.C. Bar #1655534
         Assistant United States Attorney
         601 D Street, NW
         Washington, DC 20530
         (202) 870-6770

*Attorneys for the United States of America*