UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 25-2390 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's January 7, 2026 minute order, Plaintiff American Oversight and Defendants the Department of Homeland Security, and its components, Customs and Border Protection ("CBP"), Immigration and Customs Enforcement ("ICE"), and U.S. Citizenship and Immigration Services ("USCIS") respectfully submit this joint status report. The parties report as follows:

1. This lawsuit stems from Freedom of Information Act requests that Plaintiff sent to Defendants seeking records concerning the Defendants' implementation of Executive Order 14159 "Protecting the American People Against Invasion." 90 Fed. Reg. 8443 (Jan. 20, 2025).

2. On January 30, 2026, DHS finished processing 58 pages that had been sent to other government agencies for consultation. Of those pages, 24 pages were withheld in part, 13 pages were withheld in full, and 13 pages were released in full. Any subsequent productions will be delayed due to the ongoing lapse in appropriations.

3. CBP made its final releasee of records responsive to the request on February 9, 2026. This production contained 19 pages of records released in full or in part.

4.     ICE was processing records before the lapse in appropriations but cannot release those records because the ICE FOIA analysts are currently on furlough.  Although, as Plaintiff notes below, the ICE Office of the Principle Legal Advisor ("OPLA") is operating, the FOIA analysts have not been funded and processing FOIA requests has not been designated as an excepted activity during the lapse, ICE will make a release shortly after appropriations are restored.

5.     Plaintiff's Statement: It is Plaintiff's understanding that ICE OPLA (the office responsible for FOIA requests once litigation is filed) is not furloughed, and is in fact funded through fiscal year 2029. *See* Pub. L. 119–21, Title IX,; Dep't of Homeland Security, *Monthly Budget Execution and Staffing Report* at 12 (Acct. No. 070-25/29-0540), https://www.dhs.gov/sites/default/files/2026-02/25_1217_ocfo_monthly-execution-and-staffing-fy25-report-september-25_0.pdf. Plaintiff is not aware of any public statements or instructions from ICE or DHS explaining the purported shutdown of the ICE FOIA or ICE OPLA offices. Moreover, in this litigation, ICE represented that they anticipated releasing records "by the end of January," Joint Status Report, ECF No. 12 at 2, and did not so. [1] Because OPLA is funded, it is Plaintiff's position that ICE must continue processing records and release them as soon as practicable.

6.     The parties continue to confer about the scope of Plaintiff's request to USCIS. USCIS maintains that the records do not reasonably describe the records sought. Plaintiff maintains that its request is reasonably described under the FOIA, which requires that a request is "sufficient if it enabled a professional employee of the agency who was familiar with the subject

---

[1] Though there was a shutdown between January 31 and February 3, eleven days elapsed until the current government shutdown began – February 14 – giving ICE ample time to release the records that they anticipated releasing two weeks before.

area of the request to locate the record with a reasonable amount of effort." *Truitt v. Dep't of State*, 897 F.2d 540, 545 n.36 (D.C. Cir. 1990). Plaintiff has proposed further narrowing of its request.

7. The parties respectfully propose filing another joint status report in thirty days, on April 2, 2026.

| | |
|---|---|
| Dated: March 3, 2026<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Daniel Martinez*<br>Daniel Martinez<br>D.C. Bar No. 90025922<br>Loree Stark<br>D.C. Bar No. 90020649<br>AMERICAN OVERSIGHT<br>1030 15th Street NW, B255<br>Washington, DC 20005<br>(202) 897-2465<br>danny.martinez@americanoversight.org<br>loree.stark@americanoversight.org<br><br>*Counsel for Plaintiff* | By:      */s/ John J. Bardo*<br>JOHN J. BARDO, D.C. Bar #1655534<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 870-6770<br><br>*Attorneys for the United States of America* |